**E-filed 9/18/07**

SUSAN D. RESLEY (STATE BAR NO. 161808)
    sresley@orrick.com
EDWARD P. DAVIS, JR. (STATE BAR NO. 56847)
    edavis@orrick.com
AMANDA PACKEL (STATE BAR NO. 218282)
    apackel@orrick.com
JAN WESTFALL (STATE BAR NO. 241106)
    jwestfall@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Defendant
Kenneth E. Lonchar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>MARK LESLIE, et al,<br><br>            Defendants. | Case No.  C 07-3444 JF<br><br>JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTIONS TO DISMISS<br><br>Complaint Filed:   07/02/2007<br>Judge:              Hon. Jeremy Fogel |

This Stipulation is entered into by and among plaintiff, the Securities and Exchange Commission ("SEC"), and defendants Mark Leslie, Kenneth E. Lonchar and Paul A. Sallaberry (collectively, "Defendants"), through their respective attorneys of record.

WHEREAS plaintiff SEC filed its complaint in this action on July 2, 2007;

WHEREAS, Defendants' answers to the Complaint or responsive pleading are due on or before September 18, 2007;

WHEREAS the parties jointly agree that establishing an extended briefing schedule is appropriate in light of the complex nature of the issues raised in this case;

NOW THEREFORE, the above referenced parties to this action, by and through their attorneys, hereby jointly submit this proposed order to the Court to set the briefing schedule as follows:

1. Defendants shall file and serve their motions to dismiss the Complaint on or before October 5, 2007;

2. Plaintiff shall file and serve its opposition briefs on or before November 30, 2007;

3. Defendants shall file and serve their reply briefs in support of their motions to dismiss the Complaint on or before December 14, 2007;

4. Plaintiff will seek leave to file any surreplies if necessary; and

5. Plaintiff and Defendants further request that this Court hold a hearing on the matter

on January 18, 2008 at 9:00 a.m.[1]

**IT IS SO STIPULATED AND AGREED**

Dated: September 12, 2007                Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/S/
EDWARD P. DAVIS, JR.
SUSAN D. RESLEY

*Attorneys for Defendant, Kenneth E. Lonchar*

Dated: September 12, 2007                FARELLA BRAUN & MARTEL LLP

/S/ (with authority and permission)
DOUGLAS YOUNG
WILLIAM P. KEANE
AMARRA A. LEE

*Attorneys for Defendant, Mark Leslie*

Dated: September 12, 2007                SHARTSIS FRIESE LLP

/S/ (with authority and permission)
JAHAN P. RAISSI
GREGG S. FARANO

*Attorneys for Defendant, Paul A. Sallaberry*

Dated: September 12, 2007                SECURITIES AND EXCHANGE COMMISSION

/S/ (with authority and permission)
RICHARD HONG

*Attorneys for Plaintiff, Securities & Exchange Commission*

---

[1] The hearing date and time was proposed to counsel by the Court's staff.

* * *

**[PROPOSED] ORDER**

IT IS SO ORDERED:

Dated: 9/18/07

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA