RICHARD HONG (Trial Counsel) (Admitted in New York)
SCOTT W. FRIESTAD
MELISSA A. ROBERTSON
JEFFREY B. FINNELL
THOMAS D. MANGANELLO

**E-filed 12/7/07**

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC  20549-4010-A
Telephone:  (202) 551-4431 (Hong)
Facsimile:   (202) 772-9246 (Hong)
e-mail:  hongr@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LESLIE, et al.,<br><br>Defendants. | Civil Action No.  C 07-3444 JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: AMENDED SCHEDULE FOR MOTIONS TO DISMISS** |

This Stipulation is entered into by and among plaintiff, Securities and Exchange Commission ("SEC"), and defendants Mark Leslie, Kenneth E. Lonchar and Paul A. Sallaberry (collectively, "Defendants"), through their respective attorneys of record.

WHEREAS, on September 18, 2007, this Court entered an Order Re Briefing Schedule for Motions to Dismiss;

WHEREAS, under this Court's Order Re Briefing Schedule for Motions to Dismiss, Plaintiff SEC's opposition brief is due on or before November 30, 2007 and Defendants' reply briefs are due on or before December 14, 2007;

WHEREAS, Plaintiff SEC has requested one (1) business day extension to serve and file its opposition brief, and offered the same extension for the Defendants to serve and file their reply briefs;

JOINT STIPULATION AND [PROPOSED] ORDER
RE: AMENDED SCHEDULE FOR MOTIONS TO
DISMISS
SEC v. MARK LESLIE, et al., Civil Action No. C
07-3444 -JF

1     WHEREAS, the Defendants have agreed to Plaintiff SEC's request and offer;

2     NOW THEREFORE, the above referenced parties to this action, by and through their

3 attorneys, hereby jointly submit this proposed order to the Court to amend the briefing schedule as

4 follows:

5     1.    Plaintiff SEC shall file and serve its combined opposition brief on or before

6 December 3, 2007; and

7     2.    Defendants shall file and serve their reply briefs on or before December 17,

8 2007.

9

10 IT IS SO STIPULATED AND AGREED.

11

12     Respectfully submitted,

13

14 Dated: November 30, 2007     /s/ Richard Hong
Richard Hong
15     Counsel for Plaintiff Securities and Exchange
Commission
16

17 Dated: November 30, 2007     /s/ with permission
William P. Keane
18 Jessica K. Nall
19 Counsel for defendant Mark Leslie

20
Dated: November 30, 2007     /s/ with permission
21 Susan D. Resley
Robin N. Linsenmayer
22 Counsel for defendant Kenneth E. Lonchar

23
Dated: November 30, 2007     /s/ with permission
24 Jahan P. Raissi
Gregg S. Farano
25 Counsel for defendant Paul A. Sallaberry

26

27

28 JOINT STIPULATION AND [PROPOSED] ORDER     2
RE: AMENDED SCHEDULE FOR MOTIONS TO
DISMISS
SEC v. MARK LESLIE, et al., Civil Action No. C
07-3444 -JF

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | <p align="center">* * *</p><p align="center">[~~PROPOSED~~] ORDER</p> |
| 4 | |
| 5 | IT IS SO ORDERED. |
| 6 | |
| 7 | Dated: 12/7/07 |
| 8 | HONORABLE JEREMY FOGEL |
| 9 | UNITED STATES DISTRICT JUDGE<br>NORTHERN DISTRICT OF CALIFORNIA |

28  JOINT STIPULATION AND [PROPOSED] ORDER        3
    RE: AMENDED SCHEDULE FOR MOTIONS TO
    DISMISS
    SEC v. MARK LESLIE, et al., Civil Action No. C
    07-3444 -JF