1  RICHARD HONG (Trial Counsel) (Admitted in New York)
   Attorney for Plaintiff
2  SECURITIES AND EXCHANGE COMMISSION
   100 F Street, N.E.
3  Washington, DC 20549-4010-A
   Telephone: (202) 551-4431 (Hong)
4  Facsimile: (202) 772-9246 (Hong)
   Email: hongr@sec.gov
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) Civil Action No. C 07-3444 JF ) |
| Plaintiff, | ) [~~PROPOSED~~] ORDER TO ) DISBURSE FUNDS TO |
| vs. | ) PAY TAXES ) |
| MARK LESLIE, et al. | ) ) |
| Defendants. | ) ) |

The Court having reviewed Plaintiff Securities and Exchange Commission's Motion to Disburse Funds to Pay Taxes, and any opposition thereto, and for good cause shown, it is this 8th day of September, 2008 hereby

ORDERED that the Clerk of the Court shall issue a check on the account under the case name designation "SEC v. Mark Leslie, et al., in the amount of $300 payable to "Damasco & Associates, Trust Account" for the payment of tax obligations, shall place on the check the following Employer Identification Number: 26-1498932 and shall send the check to: Jude P. Damasco, Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019.

SO ORDERED.

Dated: 9/8/08

_____
JEREMY FOGEL
United States District Judge

Copies to Counsel of Record