Douglas R. Young (State Bar No. 073248)
    dyoung@fbm.com
William P. Keane (State Bar No. 124756)
    wkeane@fbm.com
Anthony P. Schoenberg (State Bar No. 203714)
    aschoenberg@fbm.com
Jessica K. Nall (State Bar No. 215149)
    jnall@fbm.com
Amarra A. Lee (State Bar No. 245679)
    alee@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
MARK LESLIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>        vs.<br><br>MARK LESLIE, KENNETH E. LONCHAR, PAUL A. SALLABERRY, MICHAEL M. CULLY AND DOUGLAS S. NEWTON,<br><br>                Defendants. | Case No. 5:07-cv-03444-JF<br><br>**STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO AMENDED COMPLAINT** |

Pursuant to Local Rules 7-1 and 52-9, Plaintiff Securities and Exchange Commission ("SEC") and Defendants Mark Leslie, Kenneth E. Lonchar and Paul A. Sallaberry ("Defendants"), by and through counsel, hereby stipulate as follows:

   1.   Pursuant to Federal Rule of Civil Procedure 12 (b)(6), Defendants moved to dismiss the SEC's complaint on October 5, 2007.

   2.   The Court issued its order regarding Defendants' motions to dismiss on August 19, 2008.

   3.   The SEC filed an amended complaint on September 18, 2008.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION EXTENDING TIME FOR ALL
DEFENDANTS TO RESPOND TO FIRST AMENDED
COMPLAINT – CASE NO. 5:07-cv-03444-JF

17289\1727574.2

1  4. Pursuant to Fed. R. Civ. P. 15(a), Defendants now have until October 2, 2008 to plead or otherwise respond to the SEC's amended complaint.

5. Defendants have requested an extension of 20 days to plead or otherwise respond to the SEC's amended complaint.

6. The SEC does not object to such an extension.

Accordingly, the parties hereby stipulate that Defendants are granted an extension of time until October 22, 2008 in which to file an answer or other responsive pleading.

I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document.

IT IS SO STIPULATED.

Dated: September 25, 2008            Respectfully submitted,

FARELLA BRAUN + MARTEL LLP

By: /s/ Anthony P. Schoenberg
    Anthony P. Schoenberg

Attorneys for Defendant Mark Leslie

Dated: September 25, 2008            U.S. SECURITIES AND EXCHANGE COMMISSION

By: /s/ Richard Hong
    Richard Hong

Attorneys for Plaintiff Securities and Exchange Commission

Dated: September 25, 2008            SHARTSIS FRIESE LLP

By: /s/ Jahan P. Raissi
    Jahan P. Raissi

Attorneys for Defendant Paul A. Sallaberry

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT – CASE NO. 5:07-cv-03444-JF

- 2 -

17289\1727574.2

1  Dated: September 25, 2008                    ORRICK HERRINGTON & SUTCLIFFE LLP

3                                              By: /s/ Danielle Van Wert
                                                   Danielle Van Wert

4                                              Attorneys for Defendant Kenneth E. Lonchar

9                                    **ORDER**

Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that Defendants Mark Leslie, Kenneth E. Lonchar and Paul A. Sallaberry have up to and including October 22, 2008 to plead or otherwise respond to the First Amended Complaint.

**IT IS SO ORDERED**.

DATED: 9/30/08

_____
HONORABLE JEREMY FOGEL
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT – CASE NO. 5:07-cv-03444-JF

- 3 -

17289\1727574.2