EDWARD P. DAVIS, JR. (Bar # 56847)
edavis@orrick.com
SUSAN D. RESLEY (Bar # 161808)
sresley@orrick.com
ROBIN A. LINSENMAYER (Bar # 244656)
rlinsenmayer@orrick.com
DANIELLE VAN WERT (Bar # 218245)
dvanwert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendant
Kenneth E. Lonchar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>   v.<br><br>MARK LESLIE, et al,<br><br>            Defendants. | Case No.  C 07-3444 JF<br><br>**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER SETTING CASE SCHEDULE**<br><br>Complaint Filed:   July 2, 2007<br>Judge:                  Hon. Jeremy Fogel<br>Trial Date:           December 4, 2009 |

This Stipulation is entered into by and among Plaintiff, the Securities and Exchange Commission ("SEC"), and Defendants Kenneth E. Lonchar, Mark Leslie and Paul A. Sallaberry (collectively, "Defendants"), through their respective attorneys of record.

WHEREAS Plaintiff SEC filed its complaint in this action on July 2, 2007 and Defendants moved to dismiss the SEC's complaint;

WHEREAS, on March 7, 2008, Plaintiff SEC and Defendants submitted a Supplemental Case Management Statement setting forth certain agreed upon dates for completing discovery and dispositive motions;

WHEREAS on March 21, 2008, the United States District Court for the Northern District of California, San Jose Division, Judge Jeremy Fogel presiding, entered an Order setting a Jury Trial in the above-captioned case for December 4, 2009, the pretrial conference for November 20, 2009 and the cut-off for filing dispositive motions for June 27, 2009;

WHEREAS, following the Court's ruling on Defendants' motions to dismiss the SEC's Complaint, Defendants each filed Answers to the Amended Complaint on October 22, 2008; and

WHEREAS Plaintiff and Defendants agree that modification of the prior discovery and dispositive motion schedules is appropriate in light of the complex nature of the issues raised in this case, the large volume of documents produced in this case (Defendants contend that they have received more than 26 million pages of documents from the SEC and expect to receive additional documents from third parties they have subpoenaed) and because Answers were recently filed; however, such modification does not alter the trial date or the scheduled date for pretrial conference in this case.

THEREFORE, for the convenience of the parties, the parties hereto STIPULATE, AND JOINTLY REQUEST THE COURT TO APPROVE, a revised schedule as follows:

1. The Parties shall complete fact discovery no later than June 12, 2009;

2. The Parties shall file and serve expert disclosures and initial reports no later than June 30, 2009;

3. The Parties shall file reports in opposition no later than July 17, 2009;

4. The Parties shall complete expert discovery no later than August 7, 2009; and

5. The Parties shall file dispositive motions no later than September 4, 2009.

Dated: October 29, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


_/s/ Susan D. Resley_
EDWARD P. DAVIS, JR.
SUSAN D. RESLEY

*Attorneys for Defendant, Kenneth E. Lonchar*

Dated: October 29, 2008

FARELLA BRAUN & MARTEL LLP


_/s/ with permission_
DOUGLAS YOUNG
WILLIAM P. KEANE

*Attorneys for Defendant, Mark Leslie*

Dated: October 29, 2008

SHARTSIS FRIESE LLP


_/s/ with permission_
JAHAN P. RAISSI
GREGG S. FARANO

*Attorneys for Defendant, Paul A. Sallaberry*

| | |
|---|---|
| Dated: October 29, 2008 | SECURITIES AND EXCHANGE COMMISSION |

/s/ with permission<br>
RICHARD HONG

*Attorneys for Plaintiff, Securities & Exchange Commission*

Based on the Stipulation and Joint Request of the parties, and good cause appearing therefore, **IT IS SO ORDERED.**

Dated __10/30__, 2008.

*[signature]*

HONORABLE JEREMY FOGEL
**UNITED STATES DISTRICT JUDGE**