UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARK LESLIE, et al,<br><br>　　　　Defendants. | Case No. C 07-3444 JF<br><br>[XXXXXXXXXX] **ORDER GRANTING STIPULATED REQUEST TO SHORTEN TIME TO HEAR DEFENDANT KENNETH E. LONCHAR'S MOTION FOR ISSUANCE OF A LETTER ROGATORY PURSUANT TO THE HAGUE CONVENTION**<br><br>Judge: Hon. Patricia V. Trumbull |

1  PURSUANT TO STIPULATION, IT IS SO ORDERED THAT MR. LONCHAR'S
2  MOTION FOR ISSUANCE OF A LETTER ROGATORY SHALL BE HEARD ON
3  SHORTENED TIME ON MARCH 17, 2009 AT 10:00 A.M.

Plaintiff SEC shall file its opposition, if any, no later than March 9, 2009.

DATED: _3/3___ 2009

_____
HONORABLE PATRICIA V. TRUMBULL
MAGISTRATE JUDGE