RICHARD HONG (Trial Counsel) (Admitted in New York)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4010-A
Telephone: (202) 551-4431
Facsimile: (202) 772-9246
e-mail: hongr@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LESLIE, et al.,<br><br>Defendants. | Civil Action No. C 07-3444 JF<br><br>[XXXXXXXXXX] **CONSENT ORDER**<br><br>Hon. Jeremy Fogel |

    Defendants Mark Leslie, Paul Sallaberry, and Kenneth Lonchar have requested the discovery of documents from Plaintiff U.S. Securities and Exchange Commission (SEC) pertaining to some witness interview reports, known as Federal Bureau of Investigation (FBI) 302s. Some of the documents responsive to the defendants' request may be subject to the restrictions of the Privacy Act. After discussions among counsel, the parties have agreed as follows:

    (1)  The FBI's production of 302 documents in this matter is pursuant to this Consent Order and not contrary to the Privacy Act of 1974. 5 U.S.C. § 552a(b)(11).

    (2)  Documents produced by the FBI for inspection and copying by the defendants shall be held in confidence by counsel. They should be made available only to counsel, consultants, and

advisors of counsel, and to the parties represented by counsel. Unless otherwise agreed to by counsel or ordered by the Court, such documents may be used only for the purpose of this litigation, and all copies will be destroyed by the defendant and his counsel at the termination of this case. Counsel shall also provide a certification that all copies were destroyed pursuant to this Order to the FBI and the SEC.

(3) All persons having access to the documents subject to this Order will first agree not to further disclose the documents, or the information they contain, other than in conformance with this Order (or such further Order as the Court may enter), or the provisions of the Privacy Act, 5 U.S.C. § 552a(b). Each person with access to the documents will execute an Acknowledgment of Stipulation and Order (Acknowledgment). Each executed Acknowledgement will be maintained by defendant's counsel in a secure location, and will be subject to disclosure upon showing of good cause. The Acknowledgment has been attached hereto as Exhibit A.

**AGREED AND CONSENTED TO:**

Dated: 3-4-09

_____
Richard Hong
Counsel for Plaintiff Securities and Exchange Commission

Dated:

_____
William P. Keane
Counsel for defendant Mark Leslie

Dated:

_____
Susan D. Resley
Counsel for defendant Kenneth E. Lonchar

Dated:

_____
Jahan P. Raissi
Counsel for defendant Paul A. Sallaberry

**IT IS HEREBY ORDERED THAT**

2

CONSENT ORDER
SEC v. MARK LESLIE, et al., Civil Action No. C 07-3444 –JF

advisors of counsel, and to the parties represented by counsel. Unless otherwise agreed to by counsel or ordered by the Court, such documents may be used only for the purpose of this litigation, and all copies will be destroyed by the defendant and his counsel at the termination of this case. Counsel shall also provide a certification that all copies were destroyed pursuant to this Order to the FBI and the SEC.

(3)  All persons having access to the documents subject to this Order will first agree not to further disclose the documents, or the information they contain, other than in conformance with this Order (or such further Order as the Court may enter), or the provisions of the Privacy Act, 5 U.S.C. § 552a(b). Each person with access to the documents will execute an Acknowledgment of Stipulation and Order (Acknowledgment). Each executed Acknowledgement will be maintained by defendant's counsel in a secure location, and will be subject to disclosure upon showing of good cause. The Acknowledgment has been attached hereto as Exhibit A.

**AGREED AND CONSENTED TO:**

Dated: _____

_____
Richard Hong
Counsel for Plaintiff Securities and Exchange Commission

Dated: 2/27/09

_____
~~William P. Kedar~~ Tony Schoenberg
Counsel for defendant Mark Leslie

Dated: 2/27/09

_____
~~Susan D. Resley~~ Robin Lingenmayer
Counsel for defendant Kenneth E. Lonchar

Dated: 2/27/09

_____
Jahan P. Raissi / GREGG FARANO
Counsel for defendant Paul A. Sallaberry

IT IS HEREBY ORDERED THAT

2

CONSENT ORDER
SEC v. MARK LESLIE, et al., Civil Action No. C 07-3444 –JF

    (1)    The FBI's production of 302 documents in this matter is pursuant to this Consent Order and not contrary to the Privacy Act of 1974. 5 U.S.C. § 552a(b)(11).

    (2)    Documents produced by the FBI for inspection and copying by the defendants shall be held in confidence by counsel. They should be made available only to counsel, consultants, and advisors of counsel, and to the parties represented by counsel. Unless otherwise agreed to by counsel or ordered by the Court, such documents may be used only for the purpose of this litigation, and all copies will be destroyed by the defendant and his counsel at the termination of this case. Counsel shall also provide a certification that all copies were destroyed pursuant to this Order to the FBI and the SEC.

    (3)    All persons having access to the documents subject to this Order will first agree not to further disclose the documents, or the information they contain, other than in conformance with this Order (or such further Order as the Court may enter), or the provisions of the Privacy Act, 5 U.S.C. § 552a(b). Each person with access to the documents will execute an Acknowledgment of Stipulation and Order. Each executed Acknowledgement will be maintained by defendant's counsel in a secure location, and will be subject to disclosure upon showing of good cause. The Acknowledgment has been attached hereto as Exhibit A.

Dated: March 5, 2009

*Patricia V. Trumbull*

Hon. XXXXXXXXXXXX Patricia V. Trumbull
United States I XXXXXXXXXXXX
Magistrate Judge

| | |
|---|---|
| 1 | **EXHIBIT A** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>    vs.<br><br>MARK LESLIE, et al.,<br><br>         Defendants. | Civil Action No.  C 07-3444 JF<br><br>**ACKNOWLEDGMENT OF CONSENT ORDER** |

I, _____, hereby acknowledge, under penalty of perjury, that I have read the Consent Order entered by the Court on _____, 2009.  I am familiar with the specific terms of the Consent Order and agree to be bound by its terms.  I further understand that I am subject to the contempt powers of this Court for violation of the Consent Order.

_____

Date: _____

ACKNOLWEDGMENT OF CONSENT ORDER,
SEC v. MARK LESLIE, et al., Civil Action No. C 07-3444 -JF