UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | Case No. C 07-03444 JF (PVT) |
| Plaintiff, | ) ) | **INTERIM ORDER RE DEFENDANT LONCHAR'S MOTION FOR ISSUANCE OF LETTERS** |
| v. | ) ) | **ROGATORY** |
| MARK LESLIE, et al., | ) ) | |
| Defendants. | ) | |

On March 3, 2009, the court granted defendant Kenneth Lonchar's motion to shorten time on his motion for issuance of letters rogatory pursuant to the Hague Convention. ("March 3, 2009 Order"). A hearing on the motion is scheduled to be heard on March 17, 2009 at 10AM. Pursuant to the March 3, 2009 Order, plaintiff Securities and Exchange Commission filed an opposition on March 9, 2009. However, the March 3, 2009 Order did not specify a date to file reply briefs. Accordingly, defendants may file their reply briefs, if any, no later than March 12, 2009.

IT IS SO ORDERED.

Dated:  *March 9, 2009*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28