Douglas R. Young (State Bar No. 073248)
dyoung@fbm.com
William P. Keane (State Bar No. 124756)
wkeane@fbm.com
Anthony P. Schoenberg (State Bar No. 203714)
aschoenberg@fbm.com
Amarra A. Lee (State Bar No. 245679)
alee@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
MARK LESLIE

**E-Filed 6/25/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LESLIE, *et al.*,<br><br>Defendants. | Case No. 5:07-cv-03444-JF<br>ORDER APPROVING<br>**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REVISING CASE SCHEDULE; REQUEST FOR DETERMINATION OF NEW TRIAL DATE** |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR
[PROPOSED] ORDER REVISING CASE SCHEDULE –
CASE NO. 5:07-cv-03444-JF

17289\1972580.4

## I. STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REVISING CASE SCHEDULE

This Stipulation is entered into by and among Plaintiff, the Securities and Exchange Commission ("SEC"), and Defendants Mark Leslie, Kenneth E. Lonchar and Paul A. Sallaberry (collectively, "Defendants"), through their respective attorneys of record.

WHEREAS, Plaintiff SEC filed its Complaint in this action on July 2, 2007 and Defendants moved to dismiss the SEC's complaint;

WHEREAS, on March 7, 2008, Plaintiff SEC and Defendants submitted a Supplemental Case Management Statement proposing certain agreed upon dates for completing discovery and dispositive motions;

WHEREAS, on March 21, 2008, the United States District Court for the Northern District of California, San Jose Division, Judge Jeremy Fogel presiding, entered an Order setting a Jury Trial for December 4, 2009, the pretrial conference for November 20, 2009 and the cut-off for filing dispositive motions for May 14, 2009 and otherwise adopting the parties' proposed case schedule;

WHEREAS, on August 19, 2008, this Court entered an Order granting-in-part and denying-in-part the Defendants' motions to dismiss, and the SEC filed its Amended Complaint on September 18, 2008;

WHEREAS, on November 4, 2008, this Court entered an Order pursuant to stipulation of the parties modifying certain of the pretrial dates but retaining the December 4, 2009 trial date; under that schedule, June 12, 2009 is the fact discovery cut-off;

WHEREAS, the parties have completed written discovery and have completed approximately 26 fact witness depositions in multiple locations across the United States;

WHEREAS, on March 16, 2009, the United States District Court for the Northern District of California, San Jose Division, Magistrate Judge Patricia Trumbull granted Defendant Lonchar's motion for issuance of letters rogatory seeking an order from the British courts to compel the depositions of two witnesses who reside in England, which depositions are now scheduled to take place in London on June 30, 2009 and July 1, 2009;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REVISING CASE SCHEDULE – CASE NO. 5:07-cv-03444-JF  - 2 -   17289\1972580.4

1    WHEREAS, Defendants are attempting to schedule the deposition of Amy Burk, a fact witness who resides in Virginia and whose deposition has been delayed due to Ms. Burk undergoing major surgery in early June;

WHEREAS, Plaintiff and Defendants, recognizing that a modification of the pretrial and trial schedule is appropriate in light of the complex nature of the issues raised in this case and the logistical and geographical challenges involved in scheduling depositions, have agreed to modify the schedule governing fact and expert discovery and dispositive motions.

THEREFORE, for the convenience of the parties, the parties hereby STIPULATE, AND JOINTLY REQUEST THE COURT TO APPROVE, a revised schedule as follows:

1. The Parties shall complete fact discovery no later than July 24, 2009;
2. The Parties shall serve expert disclosures and initial reports no later than August 11, 2009;
3. The Parties shall serve expert reports in opposition no later than September 11, 2009;
4. The Parties shall complete expert discovery no later than October 9, 2009;
5. The Parties shall file dispositive motions no later than November 6, 2009; and
6. The Parties shall argue dispositive motions on December 18, 2009.

Because under the current schedule the parties must disclose expert witnesses by June 30, 2009 and such expert disclosures could potentially be affected by the London or Amy Burk depositions discussed above, the parties hereby request that the Court approve the above stipulation as soon as possible at the Court's convenience.

## II. REQUEST FOR DETERMINATION OF A NEW TRIAL DATE

Plaintiff and Defendants agree that a continuance of the pretrial schedule as described in the above stipulation necessitates a continuance of the trial date. The parties disagree, however, on the appropriate length of such a continuance. Accordingly, the parties have set forth their positions regarding the trial date in the statements below. The parties hereby request that the Court make a determination about the trial date after considering the parties' positions as set forth in these statements.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REVISING CASE SCHEDULE – CASE NO. 5:07-cv-03444-JF    - 3 -    17289\1972580.4

### A. Plaintiff's Statement

Plaintiff Securities and Exchange Commission respectfully requests the earliest available trial date in 2010. If possible, however, the Commission would like to try this matter in late January or early February 2010. If the trial proceeds within this timeframe, barring unforeseen events, we believe that the trial will not impact the mid-March 2010 vacation plan for one of Defendant Mark Leslie's lawyers.

This Court selected December 4, 2009 as the original trial date. The SEC was planning to try this case at that time, until the defendants stated that they desired to take additional depositions, one of which is still unscheduled. The addition of these depositions made the original schedule unworkable, including the trial date, and the Commission suggested to the defendants that a short trial continuance would be advisable if other deadlines are extended by the Court. The SEC contemplated a trial continuance of approximately 6 weeks – roughly commensurate with the extension of all other pretrial deadlines in the schedule. The SEC did not anticipate the defendants' request of May 10, 2010 as their preferred trial date – more than five months after the original trial date.

The SEC would like to try this case as soon as practicable. Unwarranted delays are prejudicial to the SEC. While the Commission understands that Defendant Mark Leslie has a job (teaching) obligation, his circumstance is not unique or compelling: virtually all individual defendants in litigated matters with the SEC have a job or other types of commitments which may be affected by trial scheduling. Notwithstanding such commitments, defendants regularly attend trials, without seeking additional continuances. In addition, counsel for the SEC has other case obligations and deadlines, which would conflict if the trial is delayed until May 2010 or thereafter.

### B. Defendant Mark Leslie's Statement

Defendant Mark Leslie requests a trial date on or after May 10, 2010 as any earlier trial date would substantially prejudice him in light of the scheduling issues described below.

Mr. Leslie has taught at the Stanford Graduate School of Business for nine years. Based on the previous trial date of December 4, 2009, Mr. Leslie committed to teaching during the

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR
[PROPOSED] ORDER REVISING CASE SCHEDULE –
CASE NO. 5:07-cv-03444-JF
- 4 -
17289\1972580.4

Winter Quarter of 2010, which does not end until mid-March. Mr. Leslie intends to be present during the entire trial of this matter, in which the SEC has made very serious claims against him alleging, among other things, that he engaged in securities fraud and lied to auditors. If the Court were to schedule an early 2010 trial date as sought by the SEC, it would directly conflict with Mr. Leslie's teaching responsibilities at Stanford. *See* Declaration of Anthony P. Schoenberg in Support of Stipulation and Joint Request for [Proposed] Order Revising Case Schedule ("Schoenberg Decl.") at ¶ 11, filed herewith.

In addition, Douglas R. Young, co-lead trial counsel for Mr. Leslie, is scheduled to be abroad on a vacation with his wife and daughter from mid-March through mid-April. The window of time for that vacation was dictated by the work schedule of Mr. Young's daughter, who is an emergency room physician. A trial date on or after May 10, 2010 would allow Mr. Young time to return from his family vacation and prepare for the trial of this matter. *See* Schoenberg Decl. at ¶ 12.

For the foregoing reasons, Mr. Leslie hereby requests that the Court set a trial date on or after May 10, 2010.

### C. Defendants Kenneth E. Lonchar and Paul A. Sallaberry's Statement

Defendants Kenneth E. Lonchar and Paul A. Sallaberry and their counsel are available for trial on or after May 10, 2010 and wish to accommodate the scheduling needs of Mr. Leslie and his counsel. Accordingly, they join in his request for a trial date on or after May 10, 2009.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REVISING CASE SCHEDULE – CASE NO. 5:07-cv-03444-JF — - 5 -   17289\1972580.4

| | | |
|---|---|---|
| 2 | Dated: June 24, 2009 | Respectfully submitted, |
| 3 | I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document. | FARELLA BRAUN + MARTEL LLP |
| 6 | | By: /s/ Anthony P. Schoenberg<br>Anthony P. Schoenberg |
| 7 | | Attorneys for Defendant Mark Leslie |
| 8 | Dated: June 24, 2009 | U.S. SECURITIES AND EXCHANGE COMMISSION |
| 11 | | By: /s/ Richard Hong<br>Richard Hong |
| 12 | | Attorneys for Plaintiff Securities and Exchange Commission |
| 14 | Dated: June 24, 2009 | SHARTSIS FRIESE LLP |
| 16 | | By: /s/ Jahan P. Raissi<br>Jahan P. Raissi |
| 18 | | Attorneys for Defendant Paul A. Sallaberry |
| 20 | Dated: June 24, 2009 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 22 | | By: /s/ Danielle Van Wert<br>Danielle Van Wert |
| 23 | | Attorneys for Defendant Kenneth E. Lonchar |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REVISING CASE SCHEDULE – CASE NO. 5:07-cv-03444-JF

- 6 -

17289\1972580.4

1 **ORDER**

2   Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED
3 that:

4   1.   The Parties shall complete fact discovery no later than July 24, 2009;

5   2.   The Parties shall serve expert disclosures and initial reports no later than
6        August 11, 2009;

7   3.   The Parties shall file expert reports in opposition no later than September 11,
8        2009;

9   4.   The Parties shall complete expert discovery no later than October 9, 2009;

10  5.   The Parties shall file dispositive motions no later than November 6, 2009;

11  6.   The Parties shall argue dispositive motions on December 18, 2009; and

12  7.   Trial shall occur on ___May 14_____, 2010.

14  **IT IS SO ORDERED**.

16  DATED: ___6/25/2009_____          _____
17                                              HONORABLE JEREMY FOGEL
                                                United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR
[PROPOSED] ORDER REVISING CASE SCHEDULE –   - 7 -                           17289\1972580.4
CASE NO. 5:07-cv-03444-JF