UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br>   v.<br><br>MARK LESLIE, et al.,<br><br>             Defendants.<br>_____ | Case No. C 07-03444 JF (PVT)<br><br>**ORDER APPROVING IN PART STIPULATION TO SHORTEN TIME ON DEFENDANT LESLIE'S MOTION TO INCREASE LENGTH OF DEPOSITION OF LEE J. SEIDLER**<br><br>**[Docket No. 150]** |

      The parties in the above-captioned action have stipulated to shorten time on defendant Mark Leslie's motion to increase the length of the deposition of Lee J. Seidler. Having reviewed the stipulation and the moving papers, the stipulation is approved in part. Accordingly,

      IT IS HEREBY ORDERED that a hearing on the motion shall be heard on Friday, October 2, 2009 at 10AM. Plaintiff U.S. Securities & Exchange Commission shall file an opposition no later than October 1, 2009 at 3PM PST. Replies, if any, shall be filed no later than October 2, 2009 at 9AM PST. All parties shall appear in person. No telephonic appearances

1  shall be permitted in light of the number of parties involved and the audibility issues present in
2  the courtroom.
3       IT IS SO ORDERED.
4  Dated:   September 29, 2009

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge