EDWARD DAVIS (STATE BAR NO. 56847)
edavis@orrick.com
SUSAN D. RESLEY (STATE BAR NO. 161808)
sresley@orrick.com
ROBIN A. LINSENMAYER (STATE BAR NO. 244656)
rlinsenmayer@orrick.com
DANIELLE VAN WERT (STATE BAR NO. 218245)
dvanwert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Defendant
Kenneth E. Lonchar

**E-Filed 10/15/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MARK LESLIE, et al,<br><br>Defendants. | Case No. C 07-3444 JF<br><br>**STIPULATION AND JOINT REQUEST FOR ~~[PROPOSED]~~ ORDER REVISING CASE SCHEDULE** |

This Stipulation is entered into by and among Plaintiff, the Securities and Exchange Commission ("SEC"), and Defendants Mark Leslie, Kenneth E. Lonchar and Paul A. Sallaberry (collectively, "Defendants"), through their respective attorneys of record.

WHEREAS, on March 7, 2008, Plaintiff SEC and Defendants submitted a Supplemental Case Management Statement proposing certain agreed upon dates for completing discovery and dispositive motions;

WHEREAS, on March 21, 2008, the United States District Court for the Northern District of California, San Jose Division, Judge Jeremy Fogel presiding, entered an Order setting a Jury Trial for December 4, 2009, the pretrial conference for November 20, 2009 and the cut-off for filing dispositive motions for May 14, 2009 and otherwise adopting the parties' proposed case schedule;

WHEREAS, on November 4, 2008, this Court entered an Order pursuant to stipulation of the parties modifying certain of the pretrial dates, but retaining the December 4, 2009 trial date.

WHEREAS, on June 25, 2009, this Court entered an Order pursuant to stipulation of the parties modifying certain of the pretrial dates and setting a new trial date for May 14, 2010; under the schedule set forth in the June 25, 2009 Order:

1. The Parties shall complete expert discovery no later than October 9, 2009;
2. The Parties shall file dispositive motions no later than November 6, 2009;
3. The Parties shall argue dispositive motions on December 18, 2009;

WHEREAS, pursuant to this Court's June 25, 2009 Order, the parties filed their Oppositions to Expert Reports on September 11, 2009;

WHEREAS, between September 14 and September 23, 2009 the parties engaged in extensive meet and confer efforts to schedule the depositions of the seven experts disclosed in the case;

WHEREAS, the availability of the expert witnesses and attorneys involved in the case necessitated scheduling expert depositions through October 15, 2009, after the October 9, 2009 cut-off set by this Court in its June 25, 2009 Order;

WHEREAS, conducting expert depositions through October 15, 2009 adversely impacts the parties' ability to file their dispositive motions three weeks later, on November 6, 2009;

WHEREAS, Plaintiff and Defendants, recognizing that a modest modification of the pretrial schedule is appropriate in light of the complex nature of the issues raised in this case and the logistical and geographical challenges involved in scheduling depositions, have agreed to modify the schedule governing expert discovery and dispositive motions. The parties are not requesting a change of trial date.

THEREFORE, for the convenience of all parties, the parties hereby STIPULATE, AND JOINTLY REQUEST THE COURT TO APPROVE, a revised schedule as follows:

1. The Parties shall complete expert discovery no later than October 16, 2009;

2. The Parties shall file dispositive motions no later than November 20, 2009;

3. The Parties shall file oppositions to dispositive motions no later than December 21, 2009;

4. The Parties shall file reply briefs in support of dispositive motions no later than January 13, 2010;

5. The Parties shall argue dispositive motions on January 29, 2010.

//

//

//

//

//

//

//

//

//

//

//

//

Dated: October 8, 2009

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Danielle Van Wert
DANIELLE VAN WERT

Attorneys for Defendant Kenneth E. Lonchar

Dated: October 8, 2009

U.S. Securities and Exchange Commission

/s/ *With Permission*
DAVID WILLIAMS

Attorneys for Plaintiff Securities and Exchange Commission

Dated: October 8, 2009

SHARTSIS FRIESE LLP

/s/ *With Permission*
JAHAN P. RAISSI

Attorneys for Defendant Paul A. Sallaberry

Dated: October 8, 2009

FARELLA BRAUN + MARTEL LLP

/s/ *With Permission*
ANTHONY SCHOENBERG

Attorneys for Defendant Mark Leslie

**ORDER**

Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The Parties shall complete expert discovery no later than **October 16, 2009**;

2. The Parties shall file dispositive motions no later than **November 20, 2009**;

3. The Parties shall file oppositions to dispositive motions no later than **December 21, 2009**;

4. The Parties shall file reply briefs in support of dispositive motions no later than **January 13, 2010**;

5. The Parties shall argue dispositive motions on **January 29, 2010**.

**IT IS SO ORDERED.**

DATED: 10/15/2009

HONORABLE JEREMY FOGEL
United States District Judge