EDWARD DAVIS (STATE BAR NO. 56847)
edavis@orrick.com
SUSAN D. RESLEY (STATE BAR NO. 161808)
sresley@orrick.com
ROBIN A. LINSENMAYER (STATE BAR NO. 244656)
rlinsenmayer@orrick.com
DANIELLE P. VAN WERT (STATE BAR NO. 218245)
dvanwert@orrick.com
MICHELLE L. LEUNG (STATE BAR NO. 240683)
mleung@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     +1-650-614-7400
Facsimile:     +1-650-614-7401
Attorneys for Defendant
Kenneth E. Lonchar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARK LESLIE, et al.,<br><br>                    Defendants. | Case No. 5:07-CV-03444-JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO (1) SHORTEN TIME TO HEAR DEFENDANT KENNETH E. LONCHAR'S MOTION TO REVISE SCHEDULING ORDER AND TO FINALIZE DISCOVERY; AND (2) TEMPORARILY EXTEND THE DISPOSITIVE MOTION FILING DEADLINE TO DECEMBER 4, 2009**<br><br>Judge:        Hon. Jeremy Fogel |

OHS West:260777376.2

STIPULATION AND [PROPOSED] ORDER TO (1) SHORTEN TIME
AND (2) EXTEND THE DISPOSITIVE MOTION FILING
CASE NO. 5:07-cv-3444 JF

Pursuant to Local Rule 6-2(a), Plaintiff Securities and Exchange Commission ("SEC") and Defendants Mark Leslie, Kenneth E. Lonchar, and Paul A. Sallaberry ("Defendants"), by and through counsel, hereby stipulate as follows:

1.    WHEREAS, on October 15, 2009, this Court issued an Order setting the current schedule for the filing of dispositive motions:

    (a)    The Parties shall file dispositive motions no later than November 20, 2009;

    (b)    The Parties shall file oppositions to dispositive motions no later than December 21, 2009;

    (c)    The Parties shall file reply briefs in support of dispositive motions no later than January 13, 2010; and

    (d)    The Parties shall argue dispositive motions on January 29, 2010.

    (e)    Trial is scheduled for May 10, 2010;

2.    WHEREAS, on October 27, 2009, Defendant Kenneth E. Lonchar ("Mr. Lonchar") produced a disk to the SEC containing certain documents in electronic format;

3.    WHEREAS, between October 29, 2009 and November 13, 2009, the parties engaged in extensive meet and confer efforts regarding, *inter alia,* the dispositive motion briefing schedule, the re-opening of discovery, what the SEC needs to do regarding the production, and remedies the SEC may seek;

4.    WHEREAS, Mr. Lonchar is filing a Motion To Revise The Scheduling Order And To Finalize Discovery on November 17, 2009;

5.    WHEREAS, the parties' dispositive motion filing deadline of November 20, 2009 is rapidly approaching;

6.    WHEREAS, Mr. Lonchar intends to file a Motion with this Court on November 17, 2009 to Revise The Scheduling Order And To Finalize Discovery on the 851 documents produced to the SEC;

8.    WHEREAS, the SEC requires adequate time to evaluate and submit a response to the Motion.

2

1     THEREFORE, for the convenience of all parties, the parties hereby STIPULATE AND

2 JOINTLY REQUEST THE COURT TO APPROVE:

3     (1)    That Mr. Lonchar's Motion To Revise Scheduling Order And To Finalize

4 Discovery be heard on shortened time.

5     (2)    That the dispositive and related motion filing deadline temporarily be extended to

6 December 4, 2009, in order to allow Court time to rule the Motion without interfering with the

7 current filing date of November 20, 2009, and that the Court set all dates pertinent to the filing of

8 dispositive motions at the time it rules on the Motion.

9 Dated: November 17, 2009     Respectfully submitted,

10     ORRICK, HERRINGTON & SUTCLIFFE LLP

11     */s/ Robin Linsenmayer*

12     ROBIN LINSENMAYER

13     Attorneys for Defendant Kenneth E. Lonchar

14 Dated: November 17, 2009     U.S. Securities and Exchange Commission

15     */s/ With Permission*

16     RICHARD HONG

17     Attorneys for Plaintiff Securities and Exchange

18     Commission

19 Dated: November 17, 2009     SHARTSIS FRIESE LLP

20     */s/ With Permission*

21     GREGG FARANO

22     Attorneys for Defendant Paul A. Sallaberry

23

24 Dated: November 17, 2009     FARELLA BRAUN + MARTEL LLP

25     */s/ With Permission*

26     ANTHONY SCHOENBERG

27     Attorneys for Defendant Mark Leslie

28

1

## __ORDER__

2

       Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED

3

that Defendant Kenneth E. Lonchar's Motion to Revise the Scheduling Order and to Finalize

4

Discovery be heard on shortened time, pursuant to the following schedule:

5

       1.     Mr. Lonchar shall file the Motion on November 17, 2009;

6

       2.     The SEC's opposition to the Motion shall be filed on November 20, 2009;

7

       3.     No further written submissions shall be filed; and

8

       4.     The dispositive and related motion filing deadline shall be temporarily extended to

9

December 4, 2009, with final dates to be set at the time Motion is decided by the Court.

10

11

**IT IS SO ORDERED.**

12

Dated: November 19, 2009

13

14

_____

    HONORABLE JEREMY FOGEL

15

    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

4