Douglas R. Young (State Bar No. 073248)
dyoung@fbm.com
William P. Keane (State Bar No. 124756)
wkeane@fbm.com
Anthony P. Schoenberg (State Bar No. 203714)
aschoenberg@fbm.com
Amarra A. Lee (State Bar No. 245679)
alee@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
MARK LESLIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LESLIE, KENNETH E. LONCHAR, PAUL A. SALLABERRY, MICHAEL M. CULLY AND DOUGLAS S. NEWTON,<br><br>Defendants. | Case No. 5:07-cv-03444-JF<br><br>**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REVISING SCHEDULE FOR CASE MANAGEMENT CONFERENCE** |

WHEREAS, under Civil L. R. 6-2(a), Plaintiff Securities and Exchange Commission ("SEC"), and Defendants Mark Leslie, Kenneth E. Lonchar and Paul A. Sallaberry (collectively, "Defendants"), through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Plaintiff SEC filed its Complaint in this action on July 2, 2007;

WHEREAS, on March 21, 2008, the United States District Court for the Northern District of California, San Jose Division, Judge Jeremy Fogel presiding, entered an order setting a Jury Trial for December 4, 2009;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REVISING SCHEDULE FOR DISPOSITIVE MOTIONS – CASE NO. 5:07-cv-03444-JF

17289\2515589.1

WHEREAS, on June 25, 2009, this Court entered an order pursuant to stipulation of the parties setting a new trial date for May 14, 2010, which the Court thereafter vacated due to the Court's then-pending criminal trial calendar;

WHEREAS, on February 10, 2011, the Court, by Clerk's Notice, set a Case Management Conference for March 11, 2011 at 10:30 a.m.

WHEREAS, Defendant Mark Leslie's three lead counsel, Douglas R. Young, William P. Keane and Anthony P. Schoenberg, each have separate out-of-town scheduling conflicts on March 11, 2011.

THEREFORE, for the convenience of all parties, the parties hereby STIPULATE, AND JOINTLY REQUEST THE COURT TO APPROVE that the Case Management Conference be continued to March 25, 2011 at 10:30 a.m.

Dated: February 16, 2011

Respectfully submitted,

FARELLA BRAUN + MARTEL LLP

By: /s/ Anthony P. Schoenberg
Anthony P. Schoenberg

Attorneys for Defendant Mark Leslie

Dated: February 16, 2011

U.S. SECURITIES AND EXCHANGE COMMISSION

By: /s/ Richard Hong
Richard Hong

Attorneys for Plaintiff Securities and Exchange Commission

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REVISING SCHEDULE FOR DISPOSITIVE MOTIONS – CASE NO. 5:07-cv-03444-JF

- 2 -

17289\2515589.1

| | | |
|---|---|---|
| 1 | Dated: February 16, 2011 | SHARTSIS FRIESE LLP |
| 2 | | |
| 3 | | By: /s/ Gregg S. Farano |
| 4 | | Gregg S. Farano |
| 5 | | Attorneys for Defendant Paul A. Sallaberry |
| 6 | Dated: February 16, 2011 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 7 | | |
| 8 | | By: /s/ Danielle P. Van Wert |
| 9 | | Danielle P. Van Wert |
| 10 | | Attorneys for Defendant Kenneth E. Lonchar |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REVISING SCHEDULE FOR DISPOSITIVE MOTIONS – CASE NO. 5:07-cv-03444-JF

- 3 -

17289\2515589.1

1 | **[PROPOSED] ORDER**

2   Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED
3   THAT the Case Management Conference scheduled for March 11, 2011 at 10:30 a.m. is
4   continued to March 25, 2011 at 10:30 a.m.

5   **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

8   DATED:  2/24/11

    _____
    JUDGE OF THE DISTRICT COURT

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND JOINT REQUEST FOR
[PROPOSED] ORDER REVISING SCHEDULE FOR    - 4 -
DISPOSITIVE MOTIONS – CASE NO. 5:07-cv-03444-JF

17289\2515589.1