**E-Filed 7/14/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MARK LESLIE, et al.,<br><br>　　　　　　　Defendants. | Case Number 5:07-cv-03444-JF (PSG)<br><br>ORDER RE DEFENDANTS' REQUESTS TO FILE MOTIONS FOR SUMMARY JUDGMENT<br><br>[re: dkt entries 311, 312, 313 ] |

　　　Having considered the letter briefs submitted by the parties (dkt entries 311, 312, and 313) and the discussion held on the record during the Case Management Conference on June 24, 2011, the Court orders as follows:

　　　Defendants Sallaberry and Lonchar may file motions for summary judgment on or before August 19, 2011. Plaintiff need not respond to the motions unless and until directed to do so by the Court. On or before September 30, 2011, the parties shall update the Court in writing with respect to the status of any settlement discussions. After that date the Court will decide whether it will consider the motions for summary judgment on the merits and, if appropriate, will solicit briefing and set a hearing date.

//

1    IT IS SO ORDERED.

3    DATED: July 14, 2011

_____
JEREMY FOGEL
United States District Judge

2