EDWARD P. DAVIS, JR. (STATE BAR NO. 56847)
edavis@orrick.com
MARK E. BECK (STATE BAR NO. 65163)
mbeck@orrick.com
SUSAN D. RESLEY (STATE BAR NO. 161808)
sresley@orrick.com
ROBIN A. LINSENMAYER (STATE BAR NO. 244656)
rlinsenmayer@orrick.com
DANIELLE VAN WERT (STATE BAR NO. 218245)
dvanwert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:      +1-650-614-7400
Facsimile:      +1-650-614-7401

Attorneys for Defendant
Kenneth E. Lonchar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:07-cv-03444-JF |
| Plaintiff, | **STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |
| vs. | |
| MARK LESLIE, *et al.*, | |
| Defendants. | |

1    This Stipulation is entered into by and among Plaintiff, the Securities and Exchange

2  Commission ("SEC") and Defendant Kenneth E. Lonchar ("Lonchar"), through their respective

3  attorneys of record.

4    WHEREAS, on July 14, 2011, the Court entered an Order granting Lonchar's request to

5  file a further motion for summary judgment in the matter (the "Motion"), but did not set a

6  briefing schedule or hearing date for the Motion.

7    WHEREAS, on August 19, 2011, Lonchar filed his Motion with the Court.

8    WHEREAS, on September 9, 2011, the Court informed counsel for the SEC and Lonchar

9  that the Court would like to set a date of December 9, 2011 for the hearing on Lonchar's Motion.

10    WHEREAS, the September 9, 2011 communication from the Court also asked the parties

11  to submit a stipulation and proposed order regarding a briefing schedule for the Motion.

12    THEREFORE, the parties hereby STIPULATE, AND JOINTLY REQUEST THE

13  COURT TO APPROVE, a briefing schedule as follows:

14    1.   The SEC shall file its opposition to Lonchar's Motion on or before October 21, 2011.

15    2.   Lonchar shall file his reply brief in support of his Motion on or before November 4,

16        2011.

17    3.   The Parties shall argue the Motion on December 9, 2011.

18

19

20

21

22

23

24

25

26

27

28

1

2    Dated: September 14, 2011                Respectfully submitted,

3                                             ORRICK, HERRINGTON & SUTCLIFFE LLP

4
                                                     /S/ Susan D. Resley
5                                             ————————————————————
                                                     SUSAN D. RESLEY
6
                                             Attorneys for Defendant Kenneth E. Lonchar
7

8    Dated: September 14, 2011                Securities and Exchange Commission

9                                                    /s/ With Permission
                                             ————————————————————
10                                                     Richard Hong

11                                           Attorneys for Plaintiff, Securities and Exchange
                                                           Commission
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2          Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED

3   THAT:

4      **1.**   The SEC shall file its opposition to Lonchar's Motion on or before **October 21, 2011.**

5      **2.**   Lonchar shall file his reply brief in support of his Motion on or before **November 4,**

6          **2011.**

7      **3.**   The Parties shall argue the Motion on **December 9, 2011**.

8

9   IT IS SO ORDERED.

10

11   Dated: _____          _____

12                                              THE HONORABLE JEREMY FOGEL

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28