# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | Civil Action No. C 07-3444 JF |
| Plaintiff, | [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX ADMINSTRATOR FEES |
| vs. | |
| **MARK LESLIE,** *et al.*, | |
| Defendants. | |

The Court having reviewed Plaintiff, the Securities and Exchange Commission's ("SEC"), Motion to Disburse Funds to Pay Fees, the supporting Declaration of Jude P. Damasco ("Declaration"), and for good cause shown, it is this ____ day of _____, 2012 hereby

**ORDERED** that The Clerk of this Court shall issue a check on the account under the case name designation "<u>SEC v. Mark Leslie, et al.</u>" for the amount of $1679.96 payable to "Damasco & Associates, Trust Account" for the payment of fees as provided in the Declaration and send the check to:

> Jude P. Damasco
> Damasco & Associates LLP
> 700 Monte Vista Lane
> Half Moon Bay, CA 94019

SO ORDERED.

Dated: _____

_____
JEREMY FOGEL
United States District Judge

Copies to:
**Counsel for SEC**
Richard Hong
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-4631

**Counsel for Mark Leslie**
William P. Keane, Esq.
Farella Braun & Martel LLP
Russ Building / 235 Montgomery Street
San Francisco, CA  94104

**Counsel for Kenneth E. Lonchar**
Susan Resley, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

**Counsel for Paul Sallaberry**
  **and Douglas Newton**
Jahan Raissi, Esq.
Shartsis, Friese & Ginsburg, LLP
18th Floor, One Maritime Plaza
San Francisco, CA 94111

**Counsel for Michael M. Cully**
John L. Williams, Esq.
Manchester, Williams & Seibert
125 S. Market Street
Suite 1100
San Jose, CA 95113