IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK LESLIE, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 07-3444 CW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION AND BRIEFING SCHEDULE |

　　On August 12, 2010, Plaintiff Securities and Exchange Commission filed a motion for leave to file a motion for reconsideration of the Court's July 29, 2010 Order. The Court grants Plaintiff's motion and deems the motion for leave to file a motion for reconsideration to be the motion for reconsideration. The parties are to include briefing on the motion for reconsideration in the briefs on their motions in limine. Defendant shall include an opposition to the motion for reconsideration in its opening brief and Plaintiff may include a reply to its motion for reconsideration in its opposition/cross motion.

　　IT IS SO ORDERED.

Dated: 4/12/2012

　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　United States District Judge