Nichola L. Timmons (NY Bar #2954774)
(timmonsn@sec.gov)
Richard Hong (hongr@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4030
Telephone: (202) 551-4456 (Timmons)
Facsimile: (703) 813-9730 (Timmons)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

-----------------------------------------------------------------x
                                                                 )
SECURITIES AND EXCHANGE COMMISSION,                              )
                                                                 )
                        Plaintiff,                               )
                                                                 )   Case No. C 07-3444 CW
                v.                                               )
                                                                 )   [PROPOSED] ORDER TO
MARK LESLIE, et al.                                              )   DISBURSE FUNDS TO PAY
                                                                 )   TAX ADMINISTRATOR FEES
                        Defendants.                              )
                                                                 )
-----------------------------------------------------------------x

The Court having reviewed Plaintiff, the Securities and Exchange Commission's ("SEC"), Motion to Disburse Funds to Pay Tax Administrator Fees, the Declaration of Jude P. Damasco in Support of Fee Request ("Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED**

1)   The Clerk of this Court shall issue a check on the account under the case name designation "SEC v. Mark Leslie, et al." for the amount of $850.58 payable to "Damasco & Associates LLP" for the payment of fees as provided in the Declaration. The check shall contain the notation "SEC v. Leslie, 07-3444, Inv. 30684",

2)   The Clerk shall send the check by overnight mail to:

1

[Proposed] Order to Disburse Funds
To Pay Tax Administrator Fees (07-3444 JF)

|   |   |
|---|---|
| 1 | Damasco & Associates LLP |
| 2 | 700 Monte Vista Lane |
|   | Half Moon Bay, CA 94019 |
| 3 | Phone: (650) 726-4100 |

4  The Commission's counsel shall provide the Court Registry with the necessary overnight shipping

5  information and the SEC's billing number.

6

7  Dated:  4/8/2013

8

9  _____
10  UNITED STATES DISTRICT JUDGE

[Proposed] Order to Disburse Funds
To Pay Tax Administrator Fees (07-3444 JF)

2