Nichola L. Timmons (NY Bar #2954774)
(timmonsn@sec.gov)
Richard Hong (hongr@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4030
Telephone: (202) 551-4456 (Timmons)
Facsimile: (703) 813-9730 (Timmons)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

-----------------------------------------------------------------------x
)
SECURITIES AND EXCHANGE COMMISSION,  )
)
Plaintiff,  )
)   Case No. C 07-3444 CW
v.  )
)   [PROPOSED] ORDER TO
MARK LESLIE, *et al.*  )   DISBURSE FUNDS TO PAY
)   TAX ADMINISTRATOR FEES
Defendants.  )   AND EXPENSES
)
-----------------------------------------------------------------------x

The Court having reviewed Plaintiff, the Securities and Exchange Commission's ("SEC"), Motion to Disburse Funds to Pay Tax Administrator Fees, the Declaration of Jude P. Damasco in Support of Fee Request ("Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED**

1) Damasco & Associates LLP, shall apply the $105.00 held in its trust account to the $1,894.84 in fees and expenses it has incurred as provided in its Declaration.

2) The Clerk of this Court shall issue a check on the account under the case name designation "SEC v. Mark Leslie, et al." for the remaining amount due of $1,789.84.  The check shall

be made payable to "Damasco & Associates LLP" and shall contain the notation "SEC v. Leslie, 07-3444, Inv 680."

   3)  The Clerk shall send the check by overnight mail to:

>Damasco & Associates LLP
>700 Monte Vista Lane
>Half Moon Bay, CA 94019
>Phone: (650) 726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: __4/30/2013__

               _____
               UNITED STATES DISTRICT JUDGE