1   Nichola L. Timmons (NY Bar #2954774)
    (timmonsn@sec.gov)
2   Richard Hong (hongr@sec.gov)

3   Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
4   100 F Street, N.E.
    Washington, DC 20549-4030
5   Telephone:  (202) 551-4456 (Timmons)
    Facsimile: (703) 813-9730 (Timmons)
6

7                           UNITED STATES DISTRICT COURT
                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                                  OAKLAND DIVISION

9   -----------------------------------------------------------------------x
                                                           )
10  SECURITIES AND EXCHANGE COMMISSION,                    )
                                                           )
11                                                         )
                                                           )
12               Plaintiff,                                )
                                                           )      Case No. C 07-3444 CW
13               v.                                        )
                                                           )      [PROPOSED] ORDER TO
14  MARK LESLIE, et al.                                    )      DISBURSE FUNDS TO PAY
                                                           )      TAX ADMINISTRATOR FEES
15               Defendants.                               )      AND EXPENSES
                                                           )
16  -----------------------------------------------------------------------x

17

18          The Court having reviewed Plaintiff, the Securities and Exchange Commission's ("SEC"),

19  Motion to Disburse Funds to Pay Tax Administrator Fees, the Declaration of Jude P. Damasco in

20  Support of Fee Request ("Declaration"), and for good cause shown,

21

22  **IT IS HEREBY ORDERED**

23          1)      Damasco & Associates LLP, shall apply the $105.00 held in its trust account to the

24  $1,894.84 in fees and expenses it has incurred as provided in its Declaration.

25          2)      The Clerk of this Court shall issue a check on the account under the case name

26  designation "SEC v. Mark Leslie, et al." for the remaining amount due of $1,789.84.  The check shall

27

28
                                                    1
    [Proposed] Order to Disburse Funds
    To Pay Tax Administrator Fees & Expenses
    (07-3444 CW)

1  be made payable to "Damasco & Associates LLP" and shall contain the notation "SEC v. Leslie, 07-

2  3444, Inv 680."

3          3)      The Clerk  shall send the check by overnight mail to:

4
                Damasco & Associates LLP
5               700 Monte Vista Lane
                Half Moon Bay, CA 94019
6               Phone: (650) 726-4100

7  The Commission's counsel shall provide the Court Registry with the necessary overnight shipping

8  information and the SEC's billing number.

9

10
   Dated: ___4/30/2013_____
11

12

13  _____
    UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    2
    [Proposed] Order to Disburse Funds
    To Pay Tax Administrator Fees & Expenses
    (07-3444 CW)