UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

----------------------------------------------------------------------x
)
SECURITIES AND EXCHANGE COMMISSION, )
) Case No. C 07-3444 CW
Plaintiff, )
) [PROPOSED] ORDER TO
v. ) ESTABLISH A FAIR FUND,
) APPROVE DISTRIBUTION
MARK LESLIE, *et al.* ) PLAN AND DISBURSE FUNDS
) TO INJURED INVESTORS
Defendants. )
)
----------------------------------------------------------------------x

The Court having reviewed Plaintiff, the Securities and Exchange Commission's ("SEC" or "Commission"), Motion to Establish a Fair Fund, Approve Distribution Plan and Disburse Funds to Injured Investors, and for good cause shown,

**IT IS HEREBY ORDERED**

1) The Motion is granted.

2) A Fair Fund is created in accordance with Section 308 (a) of the Sarbanes-Oxley Act of 2002, as amended [15 U.S.C. § 7246(a)] and shall comprise and include the amounts currently contained in the Court registry account in this matter, plus interest, minus appropriate expenses incurred in establishing and maintaining the account or ordered by the Court to be paid to satisfy the fund's taxes, fees and expenses.

3) The Distribution Plan is approved.

4) The Clerk of this Court shall issue a check on the account under the case name designation "SEC v. Mark Leslie, et al." for the entire amount in the account, less court registry fees.

The check shall be made payable to "SEC v. Veritas Distribution Fund".  The Clerk shall send the check by overnight mail to:

>RG/2 Claims Administration LLC
>Attn: Michael Lee
>30 South 17th Street, 5th Floor
>Philadelphia, PA 19103

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

     5)   RG/2 Claims Administration LLC shall distribute the funds as provided in the Distribution Plan.

Dated: __4/24/2014_____

_____
UNITED STATES DISTRICT JUDGE

2

[Proposed] Order to Disburse Funds
To Pay Tax Administrator Fees & Expenses
(07-3444 CW)